UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREN WINDER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. EDCV 12-1048 AGR<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 6, 2013

　　　　　　　　　　　　　　　　　　　_Alicia G. Rosenberg_
　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge